**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. H-10-201-4S** |
| | § | |
| **CHARLES M. DAVIDSON, et al.** | § | |

## CHARLES DAVIDSON'S RESPONSE TO THE GOVERNMENT'S SENTENCING MEMORANDUM

In its Sentencing Memorandum, the Government attempts to resolve disputed facts with unsupported assertions and unsworn statements, which were not included in the factual proffer supporting the present criminal information. Charles Davidson takes issue with the alleged facts set forth in the Government's Sentencing Memorandum, which would have been exposed as inaccurate at trial. However, because this case has been resolved with a misdemeanor plea and the Government's recommendation of no incarceration, Charles Davidson will not respond to the Government's unsupported factual assertions unless requested to do so by the Court.

Respectfully Submitted,

By:____/s/ Michael Spafford_____
Michael Spafford
Kenneth Gazzaway
BINGHAM McCUTCHEN, LLP
2020 K Street NW
Washington, D.C. 20006
Telephone: 202.373.6190
Facsimile: 202.373.6368

Paul Nugent
NUGENT & PETERSON
402 Main St., 8th Floor
Houston, Texas 77002
Telephone: 713.227.4000
Facsimile: 713.223.8879

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing was served by Clerk of Court on the day of filing by electronic submission upon all counsel of record, including Ms. Tina E. Sciocchetti, Ms. Sara Lord, and Mr. David Searle.

<u>/s/ Kenneth Gazzaway  </u>
Kenneth Gazzaway