UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Criminal No. H-10-201-4S |
| | § | |
| CHARLES M. DAVIDSON, | § | |
| WENDY MUDRA, | § | |
| CHRISTOPHER TIESMAN, | § | |
| KENNETH GINES, JR., and | § | |
| HASKELL "BUDDY" ROSS | § | |

## GOVERNMENT'S MOTION TO DISMISS

The United States of America, by and through the United States Attorney for the

Southern District of Texas, files this Motion to Dismiss the Indictment.

### I.

On September 15, 2011, the defendants pleaded guilty to the Superceding Criminal

Information, which charged them with unlawfully employing illegal aliens, in violation of

Title 8, United States Code, Section 1324a. In exchange for their plea, the United States

agreed to dismiss the pending Indictment at sentencing.

### II.

With each of the defendants now having been sentenced, the United States

respectfully requests that the Court dismiss the pending Indictment as to each of the

defendants.

Respectfully submitted,

JOSE ANGEL MORENO
United States Attorney

By:    /s/ David Searle
        Tina E. Sciocchetti
        Sara Lord
        David Searle
        Assistant United States Attorneys
        P.O. Box 61129
        Houston, Texas 77208
        Tel:  (713) 567-9000
        Fax: (713) 718-3301