UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Criminal No. H-10-201-4S |
| | § | |
| CHARLES M. DAVIDSON, | § | |
| WENDY MUDRA, | § | |
| CHRISTOPHER TIESMAN, | § | |
| KENNETH GINES, JR., and | § | |
| HASKELL "BUDDY" ROSS | § | |

### ORDER

The government's motion to dismiss the pending Indictment is granted.

**IT IS ORDERED** that, with respect to each of the defendants, the pending Indictment (Doc. 209) is dismissed.

SIGNED in Houston, Texas on the 20th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE